No. 156. DETROIT BANK, FORMERLY DETROIT SAVINGS BANK, *v.* UNITED STATES; and

No. 214. MICHIGAN ET AL. *v.* UNITED STATES. October 12, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Ferris D. Stone* and *Cleveland Thurber* for petitioner in No. 156. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, *James H. Lee,* and *Samuel Brezner* for petitioners in No. 214. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J.*

608

*Louis Monarch, Oscar Cox, Archibald Cox,* and *Morton K. Rothschild* for the United States.